UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FASTLICHT,<br><br>    Plaintiff,<br><br>v.<br><br>RIVIAN, LLC,<br><br>    Defendant. | Case No.: 25-cv-872-RSH-KSC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On June 10, 2025, the Parties filed a Joint Motion to Dismiss with Prejudice ("Motion"). ECF No. 7. This Motion satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is effective upon filing. ECF No. 7 at 2. The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated:  June 10, 2025

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge